**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No.  2:17-04372

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2187 by reference.  Plaintiff(s)

further show the court as follows:

1.      Female Plaintiff

        Mary Ishmael

2.      Plaintiff Husband

        Not Applicable

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

        Not Applicable

4.      State of Residence

        Kentucky

5.      District Court and Division in which action is to be filed upon transfer from the MDL.

        U.S. District Court for the Eastern District of Kentucky

        Lexington Division

6.      Defendants (Check Defendants against whom Complaint is made):

        ☑      A.  C. R. Bard, Inc. ("Bard")

        ☐      B.  Sofradim Production SAS ("Sofradim")

Revised: 5/28/14

☑   C.  Tissue Science Laboratories Limited ("TSL")

☑   D.  Ethicon, Inc.

☑   E.  Johnson & Johnson

☐   F.  American Medical Systems, Inc. ("AMS")

☐   G.  Boston Scientific Corporation

☐   H.  Mentor Worldwide LLC

☐   I.  Coloplast Corp.

☐   J.  Cook Incorporated

☐   K.  Cook Biotech, Inc.

☐   L.  Cook Medical, Inc.

☐   M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐   N.  Neomedic International, S.L.

☐   O.  Neomedic Inc.

☐   P.  Specialties Remeex International, S.L.

7.   Basis of Jurisdiction

☑   Diversity of Citizenship

8.

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 4: Subject Matter Jurisdiction

Paragraph 5: Person Jurisdiction

Paragraph 6: Venue

b.  Other allegations of jurisdiction and venue

Not Applicable

9.      Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐       A.  The Align Urethral Support System;

☐       B.  The Align TO Urethral Support System;

☐       C.  The Avaulta Anterior BioSynthetic Support System;

☐       D.  The Avaulta Posterior BioSynthetic Support System;

☐       E.  The Avaulta Plus Anterior Support System;

☐       F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐       G.  The Avaulta Solo Anterior Synthetic Support System;

☐       H.  The Avaulta Solo Posterior Synthetic Support System;

☐       I.  The InnerLace BioUrethral Support System;

☐       J.  The Pelvicol Acellular Collagen Matrix;

☐       K.  The PelviLace BioUrethral Support System;

☐       L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☑       M.  The PelviSoft Acellular Collagen BioMesh;

☐       N.  The Pelvitex Polypropylene Mesh;

☐       O.  The Uretex SUP Purbourethral Sling;

☐       P.  The Uretex TO Trans-obturator Urethral Support System;

☐       Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐       R.  The Uretex TO3 Trans-obturator Urethral Support System.

☑       S.  Other

        Ethicon Gynecare TVT Secur

3

10.    Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐        A.  The Align Urethral Support System;

☐        B.  The Align TO Urethral Support System;

☐        C.  The Avaulta Anterior BioSynthetic Support System;

☐        D.  The Avaulta Posterior BioSynthetic Support System;

☐        E.  The Avaulta Plus Anterior Support System;

☐        F.  The Avaulta Plus Posterior Biosynthetic  Support System;

☐        G.  The Avaulta Solo Anterior Synthetic Support System;

☐        H.  The Avaulta Solo Posterior Synthetic Support System;

☐        I.  The InnerLace BioUrethral Support System;

☐        J.  The Pelvicol Acellular Collagen Matrix;

☐        K.  The PelviLace BioUrethral Support System;

☐        L.  The PelviLace TO Trans-obturator BioUrethral Support System;

☑        M.  The PelviSoft Acellular Collagen BioMesh;

☐        N.  The Pelvitex Polypropylene Mesh;

☐        O.  The Uretex SUP Purbourethral Sling;

☐        P.  The Uretex TO Trans-obturator Urethral Support System;

☐        Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

☐        R.  The Uretex TO3 Trans-obturator Urethral Support System.

☑        S.  Other

Ethicon Gynecare TVT Secur

4

11.    Date of Implantation as to Each Product

05/04/2007

12.    Hospital(s) where Plaintiff was implanted (including City and State)

Harrison Memorial Hospital

Cynthiana, KY

13.    Implanting Surgeon(s)

Gerald R. Harpel, M.D.

14.    Counts in the Master Complaint brought by Plaintiff(s)

☑    Count I

☑    Count II

☑    Count III

☑    Count IV

☑    Count V

☑    Count VI

☐    Count VII (by the Husband)

☑    Count VIII

☐    Other _____ (please state the facts supporting this Count in the space, immediately below)

☐    Other _____ (please state the facts supporting this Count in the space, immediately below)

**s/** Caryn M. Papantonakis
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Attorneys for Plaintiff
Admitted Pro Hac Vice
TX Bar No 24013311
Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394

6